# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>STARDASHA CHRISTINA<br>DAVENPORT-MOUNGER,<br>Defendant. | **COURT MINUTES - CRIMINAL** |

**COURT MINUTES - CRIMINAL**

Case No:           23-CR-00367(4) (JMB-JFD)
Date:              6/11/2026
Court Reporter:    Nancy Meyer
Courthouse:        St. Paul
Courtroom:         3B
Time Commenced:    11:20 a.m.
Time Concluded:    12:01 p.m.
Time in Court:     41 minutes

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: Timothy Campbell Warner – Assistant United States Attorney
   For Defendant: Ira Whitlock – Whitlock Law Office, LLC ☒ Retained

☒ **Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|-----------|------|---------|-----|-----|-----|------|-----|
| 1 | X | | 12 months | | 2 years | | |

☒ Special conditions of:   **See J&C for special conditions**
☒ Defendant's Motion for Downward Departure or Variance from the Advisory Sentencing Guidelines [Doc. No. 534] was granted.
☒ Defendant sentenced to pay:
        ☒ Special assessment in the amount of $100.00.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with a voluntary surrender date of August 11, 2026 by 2:00 pm.

glb
Courtroom Deputy